

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2016

No. 04-16-00339-CV

**IN THE GUARDIANSHIP OF GEORGE V. GARCIA, AN INCAPACITATED PERSON**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee.

We, therefore, ORDER the appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court